AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 23-8239MB | Date and time warrant executed: <br> 4/20/2023 2:26 pm | Copy of warrant and inventory left with: <br> USPS |

Inventory made in the presence of :
  Postal Inspectors Brian Hess and Robert Firkin

Inventory of the property taken and name of any person(s) seized:

  EI 544 927 517 US

  - White cardboard box
  - Newspaper
  - Clear plastic bag containing approximately 474.1 grams of a white crystal like substance which field tested positive
  for methamphetamine

| Certification |
|---|

         I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant
to the designated judge.

Date:      04/20/2023

Raymond Shepard   Digitally signed by Raymond
                  Shepard
                  Date: 2023.04.20 18:28:52 -07'00'

                              *Executing officer's signature*

                              Raymond Shepard, Postal Inspector
                              *Printed name and title*